**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00005-CV

**VELDA PHILLIPS, Appellant**

**V.**

**DR. RYAN F. JONES AND MEDICAL CLINIC OF NORTH TEXAS, PLLC, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03900**

## ORDER

We **GRANT** appellant's May 26, 2015 motion to extend time to file reply brief and

**ORDER** the brief be filed no later than June 16, 2015.


/s/     CRAIG STODDART
        JUSTICE